LAED 247 (Rev. 12/14) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Byron Smith | ) | Case No: | 2:08CR00175-001 |
| | ) | USM No: | 30701-034 |
| Date of Original Judgment: 11/05/2009 | ) | | |
| Dates of Previous Amended Judgments/Orders: 06/18/2013 | ) | (pro se) | |
| | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment or order issued)* of _____ months as to count _____ **is reduced to** _____ **months**.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 23   as of 6/18/2013   Amended Total Offense Level: _____
Criminal History Category: IV   Criminal History Category: _____
Previous Guideline Range: 300 to 300 months   Amended Guideline Range: _____ to _____ months

***(Complete Part II of Page 2 when motion is granted)***

**COMMENTS AND/OR REASONS FOR GRANTING OR DENYING REDUCTION** *(For Public Disclosure)*

300 months represents the statutory mandatory minimum sentence.

Except as otherwise provided, all provisions of the judgment dated 11/05/2009 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 09/16/2016

*/s/ Eldon E. Fallon*
*Judge's signature*

Effective Date: 09/16/2016

U.S. District Judge Eldon E. Fallon
*Printed name and title*

*(No earlier than Nov. 1, 2015, for Amd. 782 sentence reductions.)*